UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 13-35607 GMB

Debtor: Todd J. Miller

| Check Number | Creditor | Amount |
|---|---|---|
| 1857967 | Carrington Mortgage Services, LLC | 1473.95 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 10, 2014