

Order Filed on November 26, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Todd J. Miller | Case No.:     13-35607<br>Chapter:     13<br>Hearing Date:     <br>Judge:     JNP |

## ORDER VACATING

## Order Vacating Stay

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 26, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court on its own motion finds that the:

## Order Vacating Stay

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____11/6/2018_____, be and the same is hereby vacated.

*revised 2/25/14*