| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1 | <br><br>Order Filed on December 7, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br>　　　Todd J. Miller<br><br>Debtors. | Case No.: 13-35607 JNP<br><br>Adv. No.:<br><br>Hearing Date: 11/27/18 @ 10:00 a.m..<br><br>Judge: Jerrold N. Poslusny Jr. |

## ORDER RESOLVING CERTIFICATION OF DEFAULT

　　　The relief set forth on the following pages, numbered two (2) through two (3) is hereby **ORDERED.**

**DATED: December 7, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Todd J. Miller
Case No:  13-35607 JNP
Caption of Order:  ORDER RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1, Denise Carlon appearing, upon a motion to vacate the automatic stay as to the property locate at 10 Berkshire Road, Sicklerville, NJ, 08081, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and William A. Nash, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of November 19, 2018 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due July 2018 through November 2018 for a total post-petition default of $7,820.55 ( 2 @ $801.02, 3 @ $804.30, 3 AO@ $1,000.00, 1 AO $1,004.59  less suspense $198.98) ; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $7,820.55 will be paid by Debtor remitting $868.95 per month in addition to the regular monthly mortgage payment, which additional payments shall begin on December 1, 2018 and continue for a period of nine months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume December 1, 2018, directly to Secured Creditor, Specialized Loan Servicing LLC, PO Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00 for attorneys' fees, which is to be paid through Debtors' Chapter 13 plan and Certification of Default is resolved.