Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 13−35607−JNP
          Chapter: 13
          Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Todd J. Miller
   10 Berkshire Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−0440

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: July 11, 2019
JAN: kaj

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-35607-JNP
Todd J. Miller                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 2         Date Rcvd: Jul 12, 2019
                              Form ID: cscnodsc      Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.
```
db              +Todd J. Miller,   10 Berkshire Drive,   Sicklerville, NJ 08081-2103
514516415       +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
514521601       +America Servicing Company,   Attn: Bankruptcy Department/ MAC# D3347-,   3476 Stateview Blvd.,
                  Fort Mills, SC 29715-7203
514374934        Carrington Mortgage Services,   P.O. Box 54285,   Irvine, CA 92619-4285
515043982       +Carrington Resolution Services LLC,   1610 E Street Andrews Place #B-150,
                  Santa Ana CA 92705-4931
514374937        Department of Education,   P.O. Box 740283,   Atlanta, GA 30374-0283
514374936       +Monique White,   47 Stonehaven Street,   Willingboro, NJ 08046-1422
514374935       +PowersKirn,   728 Marne Highway,   Suite 200,   Moorestown, NJ 08057-3128
516509767       +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
516509768       +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517585928       +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
514374933       +Wells Fargo Bank,   1 Home Campus,   Mac#2302-04C,   Des Moines, IA 50328-0001
514466532        Wells Fargo Bank, N.A.,   P.O. Box 19657,   Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2019 11:27:45      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2019 11:27:42      United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
514437192        E-mail/Text: mrdiscen@discover.com Jul 12 2019 11:26:42      Discover Bank,
                  DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
514374939        E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 04:34:45      GE Capital Retail Bank/Amazon,
                  P.O. Box 965013,   Orlando, FL 32896-5013
514517645        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 12 2019 11:27:58      Jefferson Capital Systems LLC,
                  Po Box 7999,   Saint Cloud Mn 56302-9617
514624601        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2019 04:35:03
                  LVNV Funding, LLC its successors and assigns as,   assignee of North Star Capital,
                  Acquisition LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
514402159        E-mail/Text: electronicbkydocs@nelnet.net Jul 12 2019 11:27:47
                  Nelnet on behalf of US Dept of Education,   U.S. Dept of Education,
                  3015 South Parker Road Suite 400,   Aurora CO 80014-2904
514553972        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 04:34:57
                  Portfolio Recovery Associates, LLC,   c/o Amazon.com Store Card,   POB 41067,
                  Norfolk VA 23541
514556313        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 04:34:24
                  Portfolio Recovery Associates, LLC,   c/o Capital One,   POB 41067,   Norfolk VA 23541
514641071        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 04:45:27
                  Portfolio Recovery Associates, LLC,   c/o Walmart Discover Card,   POB 41067,
                  Norfolk VA 23541
514374938        E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 04:34:46      Walmart Discover/GECRB,
                  P.O. Box 960024,   Orlando, FL 32896-0024
                                                                                              TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-1            User: admin                    Page 2 of 2                  Date Rcvd: Jul 12, 2019
                                Form ID: cscnodsc              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Securitized Asset Backed Receivables LLC Trust 2006-NC1, Mortgage Pass-Through Certificates,
               Series 2006-NC1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              William A. Nash    on behalf of Debtor Todd J. Miller wnash@thenashlawfirm.com,
               areuter@thenashlawfirm.com;jcabaza@thenashlawfirm.com;nashwr66542@notify.bestcase.com
              William M. E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee
               for Securitized Asset Backed Receivables LLC Trust 2006-NC1, Mortgage Pass-Through Certificates,
               Series 2006-NC1 ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Securitized Asset Backed Receivables LLC Trust 2006-NC1, Mortgage Pass-Through Certificates,
               Series 2006-NC1 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Securitized Asset Backed Receivables LLC Trust 2006-NC1, Mortgage Pass-Through Certificates,
               Series 2006-NC1 ecf@powerskirn.com
                                                                                              TOTAL: 8
```