UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              :    Case No.:        _____
                                                    :
                                                    :    Adv. No.:        _____
                                                    :
                                                    :    Judge:           JNP
    Debtor (s),                                     :
_____                :    Chapter:         _____

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing:**


**Location of Hearing:**    Courtroom No. 4C
                            Mitchell H. Cohen U.S. Courthouse
                            400 Cooper Street
                            Camden, NJ 08101


**Date and Time:**          _____,
                            or as soon thereafter as counsel may be heard.

**Please note that the movant must timely serve a copy of the motion/application on all relevant parties, including the trustee, advising them of the hearing date and time listed above. The movant must also file a certificate of service with the court stating that all parties were served and advised of the hearing date and time. Also note that the movant must attend the hearing or the motion may be denied. If you have any questions, please contact Kathleen Ryan at 856-361-2358.**


DATED:    _____        JEANNE NAUGHTON, Clerk


**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____ the foregoing notice was served on the following:




JEANNE A. NAUGHTON, Clerk